# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No. 2:18-cv-00553-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 11) |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a demand for security of costs, Docket No. 11, which is hereby **GRANTED** as unopposed, Local Rule 7-2(d). A cost bond shall be posted within seven days of the issuance of this order.

IT IS SO ORDERED.

DATED: May 21, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge