# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br>     Plaintiff(s), <br> v. <br> SFR INVESTMENTS POOL 1, LLC, et al., <br>     Defendant(s). | Case No.: 2:18-cv-00553-RFB-NJK <br><br> **Order** <br><br> [Docket No. 26] |

No response having been filed, the motion for return of cost bond (Docket No. 26) is GRANTED as unopposed. Local Rule 7-2(d).

IT IS SO ORDERED.

Dated: March 26, 2020

_____
Nancy J. Koppe
United States Magistrate Judge