# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A.,

    Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC, et al.,

    Defendant(s).

Case No.: 2:18-cv-00553-RFB-NJK

**Amended Order**

[Docket No. 26]

Plaintiff's motion for return of cost bond does not seek an award of interest, Docket No. 26, but Plaintiff's proposed order includes an award of interest, Docket No. 27. This discrepancy has resulted in processing obstacles within the Clerk's Office. Accordingly, Plaintiff's motion is **DENIED** without prejudice. As it appears Plaintiff is seeking an award of interest, any renewed motion must so specify. Any proposed order must also correctly track the relief requested in the motion.

The orders granting the motion at Docket Nos. 28 and 29 are hereby **VACATED** in light of this order.

IT IS SO ORDERED.

Dated: March 27, 2020

Nancy J. Koppe
United States Magistrate Judge